**Order entered July 15, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01765-CV

## IN THE INTEREST OF J.T.A., A CHILD

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-54435-2011**

## ORDER

We **GRANT** appellant's July 10, 2014 motion for extension of time to file brief and

**ORDER** the brief be filed no later than July 29, 2014. No further extensions will be granted

absent exigent circumstances.

/s/      ELIZABETH LANG-MIERS
JUSTICE